**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6889

ANTHONY JO-ALLEN MCCOY,

                    Plaintiff – Appellant,

        v.

STOKES, Correctional Officer,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.   (3:10-cv-00868-JRS)

Submitted:  November 15, 2011        Decided:  November 17, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Jo-Allen McCoy, Appellant Pro Se.   Lara Kate Jacobs,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jo-Allen McCoy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McCoy v. Stokes, No. 3:10-cv-00868-JRS (E.D. Va. June 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED